**Order entered April 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00187-CV

**FIESTA MART, INC., Appellant**

**V.**

**MICHAEL DASILVA, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06510-A**

## ORDER

We **DENY** Matthew R. Scott, Joe Kendall, Javier Perez, and the Kendall Law Group's March 30, 2015 unopposed motion to withdraw as appellee's counsel without prejudice to refiling a motion that complies with rule of appellate procedure 6.5. *See* TEX. R. APP. P. 6.5.

We **GRANT** appellee's motion for extension of briefing deadline and **ORDER** appellee's brief, originally due April 1, 2015, to be filed no later than June 1, 2015.

/s/     CRAIG STODDART
JUSTICE